UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARONDEEP SINGH JOHAL , <br><br> Plaintiff, <br><br> v. <br><br> KARIN ARNOLD, WARDEN , <br><br> Defendant. | CASE NO. 3:26-cv-05580-JHC-BAT <br><br> **ORDER DIRECTING SERVICE OF HABEAS PETITION, AND RENOTING MOTION TO STAY PROCEEDINGS TO JULY 10, 2026** |

Petitioner, a prisoner at the Stafford Creek Corrections Center, filed by counsel, a 28 U.S.C. § 2254 habeas petition. In the event Petitioner proceeds without counsel, the Court advises Petitioner that he is subject to the Court's Prisoner E-Filing Initiative pursuant to General Order 06-16.

The Court, hereby **ORDERS** as follows:

1.      The Clerk shall serve by e-mail Respondent and the Attorney General of the State of Washington, copies of the habeas petition, any documents filed in support of the petition, and this Order, *see* Dkt. 1, and a copy of Petitioner's motion to stay proceedings. *See* Dkt. 2.

(2)      Petitioner filed a motion to stay and abey this proceeding. Dkt. 2. This motion may affect when Respondent should be ordered to file an answer and must thus be addressed

ORDER DIRECTING SERVICE OF HABEAS
PETITION, AND RENOTING MOTION TO
STAY PROCEEDINGS TO JULY 10, 2026 - 1

first. To provide Respondent adequate time to respond, the Court renotes the motion for **July 10, 2026.** Respondent shall respond to the motion no later than **July 6, 2026**.

DATED this 4th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING SERVICE OF HABEAS
PETITION, AND RENOTING MOTION TO
STAY PROCEEDINGS TO JULY 10, 2026 - 2