UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARONDEEP SINGH JOHAL ,

Petitioner,

v.

KARIN ARNOLD, WARDEN ,

Respondent.

CASE NO. 3:26-cv-05580-JHC-BAT

**ORDER GRANTING MOTION TO STAY OF FEDERAL HABEAS PROCEEDINGS, DKT. 2.**

Petitioner moves to stay federal habeas proceedings while he litigates a CrR 7.8 motion in the Clark County Superior Court and seeks to exhaust claims not fully presented to the Washington State Courts. Dkt. 2. Respondent does not oppose the motion on the condition (1) the stay is limited to permitting Petitioner to litigate and exhaust claims presented in his CrR 7.8 motion; (2) Petitioner file status reports every 90 days and provide prompt notice of completion of state court review; (3) Petitioner file an amended petition if newly exhausted claims are pursued; and (4) it be recognized Respondent's position is not a concession Petitioner satisfied all elements set forth in *Rhines v. Weber*, 544 U.S. 269 (2005) and Respondent waives no defenses. Dkt. 5. Petitioner has not replied to Respondent's position. Upon review of the pleadings and record, the Court ORDERS:

1. The motion to stay habeas proceedings, Dkt. 2, is **GRANTED** and this matter is

**STAYED**.

2. Petitioner shall file status reports every **90 days** regarding the status of the CrR 7.8 litigation, any appellate filings, and the next anticipated deadlines or dates in state court.

3. Petitioner shall provide prompt notice upon completion of state court review, including any appellate review, and shall immediately move to lift the stay.

4. If Petitioner seeks to pursue in this Court newly exhausted claims, he must file an amended federal habeas petition within **45 days** of the date the stay of proceedings is lifted. If Petitioner fails to time file an amended habeas petition, the original petition filed at Dkt. 1 will be the operative petition.

5. The Court's Order staying proceedings does not constitute a concession by Respondent that Petitioner has met all elements set forth in *Rhines v. Weber*, 544 U.S. 269 (2005), and does not constitute a waiver by Respondent of any defenses.

6. Respondent shall file the relevant state-court record within **90 days** of the date an order lifting the stay of proceedings is lifted.

7. If the parties wish to consent to United States Magistrate Judge Brian Tsuchida, they should advise Deputy Court Clerk Andy Quach at Andy_Quach@wawd.uscourts.gov no later than **July 29, 2026**.

DATED this 20th day of July, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge